DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel: 631.287.5520
Fax: 631.283.4735
e-Mail: DavidLopezEsq@aol.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DEBORAH DONOGHUE,**

**Plaintiff,**

**- against -**

**CHELSEA THERAPEUTICS INT'L, LTD. and VENROCK HEALTHCARE PARTNERS LP,**

**Defendants.**

______________________________ /

**11 Civil 1049 (Swain, J.)**

**NOTICE OF DISMISSAL**

**WITH PREJUDICE**

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated: Southampton, New York
February 27, 2011

Yours, etc.

David Lopez, Esq. (DL-6779)

SO ORDERED:

______________________________
Laura Taylor Swain, U.S.D.J.
New York, New York
March , 2011